792967
Phelan Hallinan & Diamond, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for Secured Creditor: U.S. BANK TRUST,
N.A., AS TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

KWAME B. HOLLAND

**Order Filed on August 15, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No: 17-11083 - SLM

Hearing Date: _____

Judge:  STACEY L. MEISEL

**CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

The consent order set forth on the following pages, numbered two (2) through two
(2) is hereby **ORDERED**.

**DATED: August 15, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

792967
Phelan Hallinan & Diamond, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9
MASTER PARTICIPATION TRUST

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

                                        CASE NO. 17-11083 - SLM

KWAME B. HOLLAND                    CHAPTER 13

                                        CONSENT ORDER ALLOWING
                                        LATE PROOF OF CLAIM

                                        HEARING DATE: _____

       This Consent Order pertains to the property located at 29 Collamore Terrace, West Orange, NJ 07052, mortgage account ending with "8805";

       THIS MATTER having been brought before the Court by PHELAN HALLINAN & DIAMOND, PC, representing U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, in the filing of the Secured Proof Of Claim after the Proof of Claim bar date; and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

       IT IS on the                    day of                     , 2017, ORDERED as follows:

       1.      The Trustee is authorized to pay the late filed claim of Creditor, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, in the amount of $111,031.35.

       2.      Debtors agree to pay U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST'S Proof of Claim in the amount of $111,031.35 which was filed after Proof of Claim bar date.

       3.      Debtors' plan is hereby amended to allow $111,031.35 to be paid to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST.

4.      Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

5.      This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

Phelan Hallinan & Diamond, PC
Attorneys for Secured Creditor: U.S. BANK TRUST, N.A., AS
TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

/s/ Nicholas V. Rogers                          Dated: August 10, 2017
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, P.C.
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: Nicholas.Rogers@phelanhallinan.com

**/s/** Ralph A. Ferro, Jr.                          Dated: July 27, 2017
Ralph A. Ferro, Jr., Esquire
Attorney for debtors
66 East Main Street, 3rd Floor
Little Falls, NJ 07424