Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17−11083−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kwame B. Holland
   29 Collamore Terrace
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−9448

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:        10/11/17
Time:        10:30 AM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

---

APPLICANT(S)
Ralph A. Ferro, Jr., Esq.,

COMMISSION OR FEES
$6,267.50

EXPENSES
$117.71

---

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: September 15, 2017
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-11083-SLM
Kwame B. Holland                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 2            Date Rcvd: Sep 15, 2017
                               Form ID: 137             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2017.
db         +Kwame B. Holland,    29 Collamore Terrace,    West Orange, NJ 07052-3918
cr         +The Bureaus, Inc.,    Attn: PRA Receivables Mgmt., LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr         +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516760637   American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516599207  +Nationstar Mortgage, LLC,    8950 Cypress Waters Blvd,    Dallas, TX 75019-4620
516615951  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
           (address filed with court:  State of NJ Div of Taxation,    Box 245,    Trenton, NJ 08695)
516599208  +Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Pkwy,    #302,    Roseland, NJ 07068-1640
516806944  +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
             Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2017 23:00:28      U.S. Attorney,    970 Broad St.,
             Room 502,    Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2017 23:00:25      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516762601   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 15 2017 23:08:47
             American InfoSource LP as agent for,    Verizon,    PO Box 248838,
             Oklahoma City, OK  73124-8838
516599204  +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 15 2017 23:01:31      Caliber Home Loans,
             3701 Regent Blvd,    Ste 200,    Irving, TX 75063-2296
516599205  +E-mail/Text: bk.notifications@jpmchase.com Sep 15 2017 23:00:16      Chase Auto Finance,
             Box 901076,    Fort Worth, TX 76101-2076
516599206   E-mail/Text: cio.bncmail@irs.gov Sep 15 2017 23:00:00      Internal Revenue Service,    Box 7346,
             Philadelphia, PA 19101-7346
516789213   E-mail/Text: bk.notifications@jpmchase.com Sep 15 2017 23:00:16      JPMorgan Chase Bank, N.A.,
             National Bankruptcy Department,    P.O. BOX 29505 AZ1-1191,    Phoenix, AZ 85038-9505
516889413  +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 15 2017 23:01:31
             U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    Participation Trust,
             C/O Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
                                                                                        TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516716552* ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
           (address filed with court:  State of New Jersey,    Department of Treasury,
             Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2017 at the address(es) listed below:
              Denise E. Carlon  on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              James Patrick Shay  on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
                PARTICIPATION TRUST james.shay@phelanhallinan.com
              Marie-Ann  Greenberg   magecf@magtrustee.com

District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Sep 15, 2017
                             Form ID: 137             Total Noticed: 16

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          Ralph A Ferro, Jr    on behalf of Debtor Kwame B. Holland ralphferrojr@msn.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 6