UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

   Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on October 13,
2017 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor

_____

| In Re: | ) | Case No.: 17-11083-SLM |
|---|---|---|
|  | ) |  |
|  | ) | Chapter: 13 |
| Kwame B. Holland | ) |  |
|  | ) |  |
|  | ) | Judge: Stacey L. Meisel |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 13, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Case No.: 17-11083-SLM
Supplemental Fee Application #1
Ralph A. Ferro, Jr., Esq.

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant is allowed a fee of **$6,267.50** for services rendered and expenses in the amount of **$117.71** for a total of **$6,385.21** The allowance shall be payable:

**X**    through the Chapter 13 Plan as an administrative priority.

**X** This allowance will impact on Plan payments.

- $12,000.00 Paid into Plan through August 2017;
- Plan payments were confirmed at $4,700.00 per month starting September 1, 2017 for 53 months of the Plan;.
- Plan payments will increase to $4,825.00 per month starting November 1, 2017 for the final 51 months of the Plan.

2