Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17−11083−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kwame B. Holland
   29 Collamore Terrace
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−9448

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/14/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 15, 2017
JAN: rah

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-11083-SLM
Kwame B. Holland                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Nov 15, 2017
                              Form ID: 148             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
db             +Kwame B. Holland,    29 Collamore Terrace,    West Orange, NJ 07052-3918
cr             +The Bureaus, Inc.,    Attn: PRA Receivables Mgmt., LLC,   PO Box 41021,    Norfolk, VA 23541-1021
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516599207      +Nationstar Mortgage, LLC,    8950 Cypress Waters Blvd,   Dallas, TX 75019-4620
516615951     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of NJ Div of Taxation,    Box 245,   Trenton, NJ 08695)
516599208      +Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Pkwy,   #302,   Roseland, NJ 07068-1640
516806944      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2017 23:09:39     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2017 23:09:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516760637       EDI: BECKLEE.COM Nov 15 2017 22:43:00     American Express Bank, FSB,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
516762601       EDI: AIS.COM Nov 15 2017 22:43:00     American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK 73124-8838
516599204      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 15 2017 23:10:37     Caliber Home Loans,
                 3701 Regent Blvd,   Ste 200,   Irving, TX 75063-2296
516599205      +EDI: CAUT.COM Nov 15 2017 22:43:00     Chase Auto Finance,   Box 901076,
                 Fort Worth, TX 76101-2076
516599206       EDI: IRS.COM Nov 15 2017 22:43:00     Internal Revenue Service,   Box 7346,
                 Philadelphia, PA 19101-7346
516789213       EDI: CAUT.COM Nov 15 2017 22:43:00     JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,   P.O. BOX 29505 AZ1-1191,    Phoenix, AZ 85038-9505
516889413      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 15 2017 23:10:37
                 U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    Participation Trust,
                 C/O Caliber Home Loans, Inc.,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516716552*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST james.shay@phelanhallinan.com
              Marie-Ann  Greenberg    magecf@magtrustee.com

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Nov 15, 2017
                              Form ID: 148             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
          Ralph A Ferro, Jr    on behalf of Debtor Kwame B. Holland ralphferrojr@msn.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                          TOTAL: 6